In the Matter of the Application of JOSEPH J. CANTWELL for Admission to Practice as an Attorney. (From the District of Columbia.) — Application granted. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

In the Matter of the Application of DUDLEY M. DAY for Admission to Practice as an Attorney. (From the State of New Jersey.) — Application granted. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

In the Matter of the Application of JAMES KAY EAGAN, JR., for Admission to Practice as an Attorney. (From the State of Maryland.) — Application granted. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

In the Matter of the Application of HOWARD H. JACOBSON for Admission to Practice as an Attorney. (From the State of Ohio.) — Application granted. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

In the Matter of the Application of WILLIAM ROBERT KOERNER for Admission to Practice as an Attorney. (From the State of Minnesota.) — Application granted. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

In the Matter of the Application of JAMES DALE THOM for Admission to Practice as an Attorney. (From the State of Illinois.) — Application granted. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

In the Matter of the Application of JAMES A. TREANOR, JR., for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

In the Matter of the Application of L. METCALFE WALLING for Admission to Practice as an Attorney. (From the State of Rhode Island.) — Application granted. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

In the Matter of the Application of LAURENCE I. WOOD for Admission to Practice as an Attorney. (From the State of Illinois.) — Application granted. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.